In the Matter of the Arbitration between MAX OLTARSH et al., Copartners Doing Business under the Name of J. OLTARSH, et al., Respondents, and WILLIAM T. HALSTED, as Executor of DAVID P. BRYSON, Deceased, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 690.]

JAMES A. TAYLOR, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

IRVING FINKELSTEIN, as Trustee in Bankruptcy of LOUIS WINOKUR, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin P. J., Townley, Untermyer, Cohn and Callahan, JJ. [182 Misc. 271.] [See *post* p. 737.]

HILDA B. WEBER, Respondent, v. R. SIMPSON & Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 691.]

WADLEF REALTY, INC., Appellant, v. MANHATTAN LIFE INSURANCE COMPANY, Respondent.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 690.]

JAMES S. LAWLER et al., Copartners Doing Business under the Name of LAWLER & CHAMBERS, Appellants, v. ALEXANDER L. MERRITT, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [182 Misc. 648.]

WALTER JOHNSON, Appellant, v. ARTHUR H. BLAKEMORE, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of CITY OF NEW YORK et al., Appellants, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 685.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WAYNE T. LONERGAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MARVIN URIST, by His Guardian ad Litem, HERMAN URIST, et al., Respondents, v. SEABOARD FREIGHT LINES, INC., Appellant, et al., Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial on the ground that the verdict is against the overwhelming weight of the credible evidence. In addition, reversible error was committed by the court in its charge.

CECELIA PHILLIPS, Appellant, et al., Plaintiffs, v. M. REINER & BRO., INC., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.